■ EMMA BRENKUS, Appellant-Respondent, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents-Appellants. [823 NYS2d 719]—Appeal and cross appeals from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered July 27, 2005. The order, after a nonjury trial, among other things, denied the motion of plaintiff for leave to amend the complaint and/or to conform her pleadings to the proof and granted judgment in favor of plaintiff based on defendants' violation of General Business Law § 349.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.

■ VALUE MANUFACTURED HOMES, LLC, et al., Appellants, v PARK PROPERTIES, LLC, et al., Respondents. [823 NYS2d 720]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered December 9, 2005. The order, among other things, granted defendants' motion to strike the second amended complaint pursuant to CPLR 3126 and imposed monetary sanctions on plaintiffs.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.

■ EMILY WIPPER, Appellant, v HOBART AND WILLIAM SMITH COLLEGE et al., Respondents, et al., Defendant. (Appeal No. 1.) [823 NYS2d 721]—Appeal from an order of the Supreme Court, Ontario County (James R. Harvey, A.J.), entered June 28, 2005. The order denied plaintiff's motion for leave to amend the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.